UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEBORAH LYNNE HUTCHINSON and
KERMIT KEITH HUTCHINSON

CIVIL ACTION

VERSUS

NO. 07-574-JVP-DLD

DOLLAR GENERAL CORPORATION

## RULING ON MOTION TO DISMISS

The court has carefully considered the petition, the record, the law applicable to the action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby, dated March 11, 2008 (doc. 20). Defendant, Dolgencorp, Inc., improperly named as "Dollar General Corporation," objected to the Report and Recommendation (doc. 21), and plaintiffs, Deborah Lynne Hutchinson and Kermit Keith Hutchinson, opposed the objection (docs. 22, 23). Defendant's objection merely restates legal arguments already addressed by the Magistrate Judge's Report and Recommendation and does not require de novo findings under 28 U.S.C. § 636.

The court hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the court's opinion herein.

## CONCLUSION

Accordingly, the Motion to Dismiss under Rule 12(b)(6), filed by defendant, Dolgencorp, Inc., (doc. 3) is **GRANTED** insofar as it seeks dismissal of the complaint, and **DENIED** insofar as it seeks dismissal with prejudice.

Judgment dismissing this action without prejudice shall be entered.

Baton Rouge, Louisiana, April 18, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA