UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEBORAH LYNNE HUTCHINSON
and KERMIT KEITH HUTCHINSON

VERSUS                              CIVIL ACTION NO.: 07-574-JVP-DLD

DOLLAR GENERAL CORPORATION

## JUDGMENT

Considering the court's ruling of April 18, 2008 (doc. 24);

IT IS HEREBY ORDERED that the complaint filed by plaintiffs, Deborah Lynne Hutchinson and Kermit Keith Hutchinson is hereby **DISMISSED** without prejudice.

Baton Rouge, Louisiana, May 9, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA